

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 24, 2025

John T. Steffen (4390)
Jeffrey R. Hall (9572)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Plaza
10080 Alta Drive No. 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
email: jhall@hutchlegal.com

Attorneys for Las Vegas Jaycees
Senior Citizen Mobile Home Park

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>URSULA LICHTENSTEIN,<br><br>Debtor. | Case No.: 25-10340-nmc<br>Chapter 13 |

**ORDER GRANTING STIPULATION FOR RELIEF FROM AUTOMATIC STAY**

Pursuant to the Parties' Stipulation for Relief from Automatic Stay, and for good cause:

**IT IS HEREBY ORDERED** that the automatic stay imposed under Section 362(a) of the Bankruptcy Code shall be lifted for the limited purpose of permitting Jaycees to proceed in the Las Vegas Justice Court case, captioned *Las Vegas Jaycees Senior Citizen Mobile Home Park v. Lichtenstein* Case No. 24C008342, solely for the purposes of (i) determining the amount to be awarded and taxed as costs, which includes attorney fees, and (ii) to allow a final monetary

Page 1 of 2

judgment to be entered.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction to interpret and enforce this order.

SUBMITTED BY:

**HUTCHISON & STEFFEN, PLLC**


  /s/ *Jeffrey R. Hall*
John T. Steffen, (4390)
Jeffrey R. Hall (9572)
Todd W. Prall (9154)
Peccole Professional Plaza
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145

*Attorneys for Las Vegas Jaycees*
*Senior Citizen Mobile Home Park*


**Approved as to Form and Content:**

**WILDE & ASSOCIATES, LLC**


  /s/ *Gregory L. Wilde*
Gregory L. Wilde (4417)
7473 West Lake Mead Boulevard, #100
Las Vegas, Nevada 89128

*Attorneys for Ursula Lichtenstein*