Jordan Savage, Esq.
Nevada Bar No. 5480
Jsavage@lacsn.org
**LEGAL AID CENTER OF
SOUTHERN NEVADA, INC.**
725 E. Charleston Blvd.
Las Vegas, NV  89104
Telephone: (702) 386- 1437
Facsimile: (702) 386-1437
*Attorney for Robert Cartagena, Creditor*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>URSULA LICHTENSTEIN<br><br>Debtor.<br>_____<br>ROBERT CARTAGENA,<br><br>Creditor,<br>vs.<br><br>URSULA LICHTENSTEIN,<br><br>Debtor. | Case No.: 25-10340-nmc<br><br>Chapter 13<br><br>**STIPULATION TO EXTEND THE DEADLINE TO OBJECT TO DISCHARGEABILITY PURSUANT TO 11 U.S.C. 523(a) and 11 U.S.C. 1328(a)(4);** |

    Robert Cartagena (Creditor), by and through his attorney of record, Jordan Savage, Esq of Legal Aid Center of Southern Nevada, Inc.; and Debtor, Ursula Lichtenstein (Debtor), by and through her attorney of record, Gregory L. Wilde, Esq. of Wilde & Associates LLC. hereby stipulate and agree to the following:

(1) On January 21, 2025, Debtor filed the underlying Ch.13 bankruptcy proceedings; Case no. 25-10340-nmc.

(2) The deadline to file a complaint to challenge dischargeability of certain debts is April 28, 2025;

(3) To have time to resolve this case, the parties need to extend the filing deadline for an objection to discharge under 11 U.S.C. 523(a) and 11 U.S.C. 1328(a)(4); The Parties believe there may be a resolution to avoid filing an adversary proceeding that would incur further costs, along with the court's time and resources. As such, the parties ask that the deadline to object to discharge be extended to June 27, 2025.

IT IS HEREBY STIPULATED that the deadline for Creditor to file an adversary complaint objecting to discharge under 11 U.S.C. §523(a) and 11 U.S.C. §1328(a)(4) shall be extended to June 27, 2025.

DATED this 23rd Day of April, 2025.

| LEGAL AID CENTER OF SOUTHERN NEVADA, INC. | WILDE & ASSOCIATES, LLC |
|---|---|
| */s/ Jordan Savage* | */s/ Gregory L. Wilde* |
| Jordan Savage, Esq. | Gregory L. Wilde, Esq. |
| Nevada Bar No. 5480 | Nevada Bar No. 004417 |
| jsavage@lacsn.org | greg@wildelawyers.com |
| 725 E. Charleston Blvd. | 7473 W. Lake Mead Blvd., Ste. 100 |
| Las Vegas, NV 89104 | Las Vegas, NV 89128 |
| *Counsel for Robert Cartagena* | *Counsel for Ursula Lichtenstein* |

**Jill Jaranilla**

---

| | |
|---|---|
| **From:** | Gregory Wilde <greg@wildelawyers.com> |
| **Sent:** | Thursday, April 24, 2025 12:08 AM |
| **To:** | Jill Jaranilla |
| **Subject:** | Re: Stip and Order to Extend Discharge Deadline |

**Warning: Unusual sender** <greg@wildelawyers.com>
You don't usually receive emails from this address. Make sure you trust this sender before taking any actions.

You are authorized to place my electronic signature on the stipulation and proposed order.

**Gregory L. Wilde, Esq.***
Wilde & Associates, LLC
7473 W. Lake Mead Blvd. Suite 100
Las Vegas, NV 89128
702-562-1202
*Licensed in both Nevada (#4417) and Utah (#6151)*

---

**From:** Jill Jaranilla <jjaranilla@lacsn.org>
**Sent:** Wednesday, April 23, 2025 4:02 PM
**To:** Gregory Wilde <greg@wildelawyers.com>
**Subject:** RE: Stip and Order to Extend Discharge Deadline

Good afternoon, Mr. Wilde.

　　　Please see attached stipulation and order to extend the discharge deadline in Ms. Lichtenstein's Bankruptcy for your review and signature. Please let me know if you have any questions. Thank you.

Best Regards,



Jill Jaranilla
Tenant Rights Paralegal
Legal Aid Center of Southern Nevada, Inc.
725 E. Charleston Blvd.
Las Vegas, NV  89104
702-386-1437 direct/fax
702-386-1070 ext. 1437
jjaranilla@lacsn.org
www.lacsn.org

Legal Aid Center of Southern Nevada, Inc. is a 501 (c) (3) organization
and your contribution may qualify as a federally recognized tax deduction.

1