Wilde & Associates, LLC.
GREGORY L. WILDE, ESQ.
Nevada Bar No. 4417
7473 W. Lake Mead Blvd. #100
Las Vegas, NV 89128
Phone (702) 562-1202
greg@wildelawyers.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

URSULA LICHTENSTEIN,

    Debtor.

Case No.  25-10340-nmc

Chapter 13

Date of Hearing:  July 17, 2025

Time of Hearing:  9:30 a.m.

**DEBTOR'S OPPOSITION TO LAS VEGAS JAYCEES SENIOR CITIZEN MOBILE HOME PARK COUNTERMOTION TO CONTINUE EVIDENTARY HEARING SET FOR AUGUST 13, 2025 (Document 88)**

    COMES NOW, the Debtor URSULA LICHTENSTEIN, by and through her counsel, and files this OPPOSITION TO OPPOSITION TO LAS VEGAS JAYCEES *SENIOR CITIZEN MOBILE HOME PARK ("JAYCEES")* COUNTERMOTION TO CONTINUE EVIDENTARY HEARING SET FOR AUGUST 13, 2025 (Document 88), stating as follows.

    The Countermotion does not cite any rule, statute or case law as required by Local Rule 9014(c)(1).  This makes it difficult to draft a response or know the necessary burden to oppose.

    Local Rule 9014(c)(1) provides that a "motion must state the facts on which it is based and *must contain a legal memorandum*." (Emphasis added).  The movant's failure to do so mandates a denial of the request.

The Countermotion claims that JAYCEES needs more time to prepare for the "additional issues and factual matters" addressed in the Second Motion for Contempt. However, the Countermotion does specify or go into any detail about the alleged issues or facts. Again, it is difficult to draft a response.

It is Debtor's position that the additional facts are only twofold and clearly undisputed; 1) JAYCEES performed an eviction on or about April 18, 2025, and, 2) the Court's Order Vacating the Stay was entered on May 12, 2025. Such simple facts do not necessitate additional preparation for the August 13, 2025, evidentiary hearing. These are not newly discovered facts by the JAYCEES.

WHEREFORE, Debtor asks that the Court deny the request for a continuance of the evidentiary hearing.

Dated 16th day of July 2025.

WILDE & ASSOCIATES, LLC.

  /s/ Gregory Wilde
Gregory L. Wilde, Esq.
Counsel for Debtor

2