John T. Steffen (4390)
Jeffrey R. Hall (9572)
Todd W. Prall (9154)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Plaza
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086
email: jhall@hutchlegal.com

*Attorneys for Las Vegas Jaycees*
*Senior Citizen Mobile Home Park*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>URSULA LICHTENSTEIN,<br><br>Debtor. | Case No.: 25-10340-nmc<br>Chapter 13<br><br>Examination Date: September 2, 2025<br>Examination Time: 10:00 a.m.<br>Location: Hutchison & Steffen, PLLC<br>10080 W. Alta Drive, Suite 200<br>Las Vegas, NV 89145 |

**NOTICE OF EXAMINATION OF NEVADA MANUFACTURED HOUSING DIVISION PURSUANT TO BANKRUTPCY RULE 2004**

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Rule 2004 Examination of NEVADA MANUFACTURED HOUSING DIVISION is scheduled for September at 10:00 a.m. at the law offices of Hutchison & Steffen, PLLC, Las Vegas, Nevada 89145.

DATED this 20th day of August, 2025.

HUTCHISON & STEFFEN, PLLC

*/s/ Jeffrey R. Hall*
_____
Jeffrey R. Hall (9572)
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
*Attorneys for Las Vegas Jaycees*
*Senior Citizen Mobile Home Park*

Page 1 of 2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 20th day of August, 2025, a copy of the following document entitled: ***NOTICE OF EXAMINATION OF NEVADA MANUFACTURED HOUSING DIVISION PURSUANT TO BANKRUTPCY RULE 2004*** was served by Personally transmitting a copy of same via the Court's CM/ECF Internet system to their respective registered email site.

*Gregory L. Wilde*
*Wilde & Associates*
*7473 W. Lake Mead Blvd., Suite 100*
*Las Vegas, NV 89128*
*greg@wildelawyers.com*

*/s/ Bobbie Benitez*

*An employee of Hutchison & Steffen, PLLC*